RECEIVED
MAR - 6 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVIS DENORRIS ARNOLD | DOCKET NO. 13-CV-2727; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| U.S.A. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Petitioner's §2241 application be **DENIED AND DISMISSED** with prejudice as frivolous and failing to state a claim for which relief can be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 6th day of March, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT